JEFFER, MANGELS, BUTLER & MITCHELL LLP
LOUISE ANN FERNANDEZ (Bar No. 86263)
BARBRA A. ARNOLD (Bar No. 235898)
TARANEH FARD (Bar No. 268117)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendant Northrop Grumman Systems Corporation

VIDA M. HOLGUIN [SB# 63536]
LAW OFFICE OF VIDA M. HOLGUIN
2447 Pacific Coast Hwy., Suite 100
Hermosa Beach, CA 90254
Telephone: (310) 376-5207
Facsimile: (310) 376-4318
Email: vida@holguinlaw.com

Attorney for Plaintiff Deanna Cowell

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DEANNA COWELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br>NORTHROP GRUMMAN, etc., et al.,<br><br><br>　　　　Defendants. | Case No.: CV 13-661 DMG (RZx)<br><br>ORDER RE DISMISSAL [47] |

---

PROPOSED ORDER Case No. CIV13-661 DMG (RZx)

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, on the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 31, 2014

Dolly M. Gee
United States District Judge